IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD J. VOCHINSKY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE GEO GROUP, INC., ET AL. | : | NO.: 09-3012 |
| Defendant | : | |

# **ORDER**

**AND NOW**, this 20th day of November, 2009, upon consideration of Plaintiff's Motion for Extension of Time to File Certificate of Merit (Doc. # 10), Defendant's Response (Doc. #16), and Plaintiff's Reply (Doc. #17), it is hereby **ORDERED** that:

1. Plaintiff's motion is **DENIED**;

2. Plaintiff's medical malpractice claim against the defendants is DISMISSED.

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.